1  BANNING MICKLOW & BULL LLP
   KURT MICKLOW, CA Bar No. 113974
2  EDWARD M. BULL, III, CA Bar No. 141996
   One Market, Steuart Tower, Suite 1440
3  San Francisco, California 94105
   Telephone:   (415) 399-9191
4  Facsimile:   (415) 399-9192

5  Attorneys for Plaintiffs
   DAVID ZIMMERMAN, EYOS SEBLEGA,
6  ERIC JIMENEZ and MOHAMMED A. ABDELWAHHAB

7
   SETH L. NEULIGHT, CA Bar No. 184440
8  KENDRA FORSYTHE, CA Bar No. 223151
   THELEN REID BROWN RAYSMAN & STEINER LLP
9  101 Second Street, Suite 1800
   San Francisco, CA  94105
10 Telephone:   (415) 371-1200
   Facsimile:   (415) 371-1211
11
   Attorneys for Defendant
12 SAN FRANCISCO BAY CONCESSIONAIRES

13

14

15                    UNITED STATES DISTRICT COURT

16                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

17

| 18 | DAVID ZIMMERMAN, EYOS SEBLEGA, ERIC JIMENEZ and MOHAMED A. ABDELWAHHAB, | Case No.: C 06 7787 SC |
|---|---|---|
| 19 | | **STIPULATION TO EXTEND DEADLINE FOR DEFENDANT SAN FRANCISCO BAY CONCESSIONAIRES' RESPONSE TO COMPLAINT** |
| 20 | Plaintiffs, | |
| 21 | vs. | |
| 22 | SAN FRANCISCO BAY CONCESSIONAIRES, in personam, and M/V BAY FLYER, M/V BAY CLIPPER, M/V BAY MONARCH, M/V ROYAL STAR, M/V HARBOR EMPEROR, M/V OSKI, M/V GOLDEN BEAR, M/V OLD BLUE, and M/V ZELINSKY, and their engines, tackle, apparel, etc., in rem, | |
| 26 | Defendants. | |

1  Plaintiffs David Zimmerman, Eyos Seblega, Eric Jimenez and Mohammed A.
2  Abdelwahhab (collectively, "Plaintiffs"), and defendant San Francisco Bay Concessionaires
3  ("SFBC"), by and through their respective attorneys of record, hereby stipulate that the deadline
4  for SFBC to file and serve its response to Plaintiffs' Complaint shall be extended to and including
5  March 9, 2007.

6  IT IS SO STIPULATED.

7  Dated:  February 15, 2007              BANNING MICKLOW & BULL LLP

9                                         By  /s/ Kurt Micklow
                                               Kurt Micklow
10                                             Attorneys for Plaintiffs
                                               DAVID ZIMMERMAN, EYOS SEBLEGA,
11                                             ERIC JIMENEZ and MOHAMMED A.
                                               ABDELWAHHAB

13
    Dated:  February 15, 2007              THELEN REID BROWN RAYSMAN & STEINER LLP
14

16                                         By  /s/ Seth L. Neulight
                                               Seth L. Neulight
                                               Attorneys for Defendant
17                                             SAN FRANCISCO BAY CONCESSIONAIRES

IT IS SO ORDERED
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA