1  KURT MICKLOW, CA Bar No. 113974
   EDWARD M. BULL, III, CA Bar No. 141996
2  BANNING MICKLOW & BULL LLP
   One Market, Steuart Tower, Suite 1440
3  San Francisco, California 94105
   Telephone:    (415) 399-9191
4  Facsimile:    (415) 399-9192

5  Attorneys for Plaintiffs
   DAVID ZIMMERMAN, EYOS SEBLEGA,
6  ERIC JIMENEZ and MOHAMMED A. ABDELWAHHAB

7

   SETH L. NEULIGHT, CA Bar No. 184440
8  THELEN REID BROWN RAYSMAN & STEINER LLP
   101 Second Street, Suite 1800
9  San Francisco, CA  94105
   Telephone:    (415) 371-1200
10 Facsimile:    (415) 371-1211

11 Attorneys for Defendant
   SAN FRANCISCO BAY CONCESSIONAIRES
12

13

14                  UNITED STATES DISTRICT COURT

15              FOR THE NORTHERN DISTRICT OF CALIFORNIA

16

17

| DAVID ZIMMERMAN, EYOS SEBLEGA, ERIC JIMENEZ and MOHAMED A. ABDELWAHHAB, | Case No.: C 06 7787 SC |
|---|---|
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE** |
| vs. | [Fed. R. Civ. Proc. 41(a)] |
| SAN FRANCISCO BAY CONCESSIONAIRES, in personam, and M/V BAY FLYER, M/V BAY CLIPPER, M/V BAY MONARCH, M/V ROYAL STAR, M/V HARBOR EMPEROR, M/V OSKI, M/V GOLDEN BEAR, M/V OLD BLUE, and M/V ZELINSKY, and their engines, tackle, apparel, etc., in rem, | |
| Defendants. | |

SF #1294885 v1

The parties to the above-entitled action, plaintiffs David Zimmerman, Eyos Seblega, Eric Jimenez and Mohammed A. Abdelwahhab (collectively, "Plaintiffs"), and defendant San Francisco Bay Concessionaires ("SFBC"), by and through their respective attorneys of record, hereby stipulate and agree that this action shall be DISMISSED WITH PREJUDICE in its entirety as to all parties and causes of action, and that the parties each shall bear their own respective attorney's fees and costs.

IT IS SO STIPULATED.

Dated: July 13, 2007     BANNING MICKLOW & BULL LLP


By /s/ Kurt Micklow
Kurt Micklow
Attorneys for Plaintiffs
DAVID ZIMMERMAN, EYOS SEBLEGA,
ERIC JIMENEZ and MOHAMMED A.
ABDELWAHHAB


Dated: July 13, 2007     THELEN REID BROWN RAYSMAN & STEINER LLP


By /s/ Seth L. Neulight
Seth L. Neulight
Attorneys for Defendant
SAN FRANCISCO BAY CONCESSIONAIRES


### [PROPOSED] ORDER

Based upon the parties' Stipulation, the Court hereby orders that this action be DISMISSED WITH PREJUDICE in its entirety.  The parties shall bear their own respective attorney's fees and costs.

IT IS SO ORDERED.

Dated: 7/13/07

HONORABLE SAMUEL CONTI
United States District Judge

*IT IS SO ORDERED. Judge Samuel Conti*